

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00229-CV

Rambhotla **KAUSHIK**,
Appellant

v.

**CL AGAVE, L.P.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021-CV-03013
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that no costs be assessed against appellant in relation to this appeal. TEX. R. APP. P. 20.1(b).

SIGNED September 21, 2022.

_____
Luz Elena D. Chapa, Justice